

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00107-CV

**IN RE JBS CARRIERS, INC. and Alicia Faye Roberts**

Original Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
     Luz Elena D. Chapa, Justice
     Beth Watkins, Justice

Delivered and Filed: April 6, 2022

MOTION TO DISMISS GRANTED; DISMISSED

On February 21, 2022, relators filed a petition for writ of mandamus and a motion for temporary relief requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. The real party in interest filed a response to which relators replied. On March 24, 2022, relators filed an unopposed motion to dismiss the petition for writ of mandamus. We grant the motion and dismiss the original proceeding. *See* TEX. R. APP. P. 42.1(a)(1)–(2). Relators' motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020CI07282, styled *Elizabeth Serrano v. Alicia Faye Roberts and JBS Carriers, Inc.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.